UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| LEONARD GIBSON, ADC #115912 | PLAINTIFF |
| v. 5:19-cv-00266-JM-JJV | |
| ARKANSAS BOARD OF CORRECTION; *et al.* | DEFENDANTS |

## **JUDGMENT**

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 17th day of October 2019.

_____
UNITED STATES DISTRICT JUDGE